UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

YURI FERRER YANES,

           Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

           Respondent.

No.  6:26-CV-00133-H

## ORDER

Petitioner Yuri Ferrer Yanes, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal proceedings.  He seeks release from confinement.

Now, Respondent has notified the Court that Petitioner was released from immigration detention on June 20, 2026.  Dkt. No. 14.  The Court has reviewed the ICE online detainee locator and takes judicial notice that, as of today, Petitioner is no longer in ICE custody.[1]

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot.  Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

So ordered.

The Court will enter judgment accordingly.

Dated June 23, 2026.

           JAMES WESLEY HENDRIX
           United States District Judge

---

[1] See http:// https://locator.ice.gov/odls/#/search (last visited June 23, 2026).